IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Imran Ahmad Jamali,<br><br>               Plaintiff,<br><br>v.<br><br>Stephanie Danica Low, et al.,<br><br>               Defendants. | No. CV-13-01054-PHX-GMS<br><br>**ORDER** |

      Pending before the Court are Plaintiff's Motion to Order a Property Seizure to Satisfy a Default Judgment (Doc. 206), Motion to Add Collection to Default Judgment (Doc. 235), Motion to Order Judgment/Debtor Judgment against Defendant Adair (Doc. 236) and United States Magistrate Judge John Z. Boyle's Report and Recommendation ("R&R") (Doc. 237).  The R&R recommends that the Court grant two of the Motions (Docs. 206, 236) and deny the third Motion (Doc. 235).  Doc. 237 at 6.  The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R.  *Id.* at 7 (citing Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

      The parties did not file objections, which relieves the Court of its obligation to review the R&R.  *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection.");  Fed. R. Civ. P. 72(b)(3) ("The district judge must

determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R as indicated above. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1. Magistrate Judge John Z. Boyle's R&R (Doc. 237) is **accepted**.

2. Plaintiff's Motion to Order a Property Seizure to Satisfy a Default Judgment (Doc. 206) and Motion to Order Judgment/Debtor to Turnover Property (Doc. 236) are **GRANTED** and Plaintiff is directed to file a proposed writ of execution for the Clerk of Court's signature.

3. Plaintiff's Motion to Add Collection to Default judgment (Doc. 235) is **DENIED**.

Dated this 1st day of October, 2015.

Honorable G. Murray Snow
United States District Judge